# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MOINUL AZAD,

    Plaintiff,

v.

GOODYEAR TIRE AND RUBBER COMPANY, USA,

    Defendant.

Case No. 2:11-CV-00290-KJD-GWF

**ORDER**

    Plaintiff's Amended Complaint (#4) was filed June 9, 2011. Service of the summons and complaint was executed on Defendant on September 13, 2011. Defendant's answer was due on October 4, 2011. However, Defendant has failed to answer or otherwise respond to the complaint. Therefore, the Court orders Plaintiff to file a status report, motion for default judgment or notice of voluntarily dismissal no later than January 20, 2012.

**IT IS SO ORDERED.**

    DATED this 28th day of December 2011.

Kent J. Dawson
United States District Judge